UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE,   Case No. 25-cv-13580

    Plaintiff,   Hon. F. Kay Behm
v.   United States District Judge

JANE DOE,

    Defendant.
_____ /

# ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

On January 5, 2026, the court denied Plaintiff's second motion to proceed under a pseudonym and for all parties to proceed using pseudonyms (ECF No. 4). ECF No. 5. Plaintiff had until January 15, 2026, to file an amended complaint using his real name. *Id.* at PageID.51.[1] Or by January 15, 2026, Plaintiff could file a Rule 41 notice of dismissal. The court warned that if Plaintiff failed to take either of these actions by January 15, the court would dismiss Plaintiff's claims without prejudice for failure to prosecute. *Id.*

---

[1] The docket entry erroneously stated January 20, 2026, rather than January 15. This order is therefore entered after the later date has also passed.

No timely action has been taken by Plaintiff, and so this case is **DISMISSED** without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED**.

| | |
|---|---|
| Date: January 22, 2026 | s/F. Kay Behm<br>F. Kay Behm<br>United States District Judge |