## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JOHN DOE,

      Plaintiff,

v.

JANE DOE,

      Defendant.

_____ /

Case No. 25-cv-13580

Hon. F. Kay Behm
United States District Judge

## **JUDGMENT**

In accordance with the Order filed on this same day, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.  This is a final order and closes the case.

**SO ORDERED**.

Date: January 22, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge